IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5-25CR0132-H |
| ADRIAN MENDOLLA | |

## INFORMATION

The United States Attorney Charges:

### Count One
Theft of Government Property
(Violation of 18 U.S.C. § 641)

On or about July 24, 2025, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Adrian Mendolla**, defendant, did embezzle, steal, purloin, and knowingly convert to his own use and to the use of another, money and a thing of value belonging to the United States government, to wit: a $100 Federal Reserve Note, knowing the money and thing of value was not his and with intent to deprive the owner of the use and benefit of the money and thing of value.

In violation of Title 18, United States Code, Section 641.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*[signature]*

JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7559
Facsimile:    806.472.7394
E-mail:         jeffrey.haag@usdoj.gov

**Adrian Mendolla**
**Information - Page 2**